UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| JOANNE WITCHKO, Derivatively on Behalf of Nominal Defendant AMERICAN REALTY CAPITAL PROPERTIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS S. SCHORSCH, DAVID KAY, LESLIE D. MICHELSON, EDWARD G. RENDELL, WILLIAM G. STANLEY, THOMAS A. ANDRUSKEVICH, BRUCE FRANK, SCOTT BOWMAN, WILLIAM KAHANE, EDWARD M. WEIL, JR., BRIAN BLOCK, LISA MCALISTER and LISA BEESON,<br><br>Defendants,<br><br>-and-<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC.,<br><br>Nominal Defendant. | Lead Case No. 15-CV-6043-AKH<br><br>(Consolidated With Case No. 15-cv-8563-AKH) |

-------------------------------------------------------------------------x

NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Stephen A. Radin and the exhibits attached thereto, and all prior papers and proceedings herein, Nominal Defendant American Realty Capital Properties, Inc. ("ARCP"), now known as VEREIT, Inc. (with respect to Point I of the accompanying memorandum), and Defendants Thomas A. Andruskevich, Scott Bowman, Bruce D. Frank, Leslie D. Michelson, Edward G. Rendell and William G. Stanley (with respect to Points I, II A and II B 1 of the accompanying memorandum), William Kahane and Edward M. Weil., Jr. (with respect to Points I, II A and II B 2 of the accompanying memorandum), David Kay (with respect to Points I, II A and II B 3 of the accompanying memorandum), Lisa Beeson (with respect to Points I, II A and II

B 4 of the accompanying memorandum), Nicholas S. Schorsch (with respect to Points I, II A 2, II B 1 b and II B 5 of the accompanying memorandum), Brian Block (with respect to Points I, II A and II B 6 of the accompanying memorandum), and Lisa McAlister (with respect to Points I, II A and II B 7 of the accompanying memorandum), will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an Order dismissing the complaint pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6), and for such other relief as this Court may deem just and proper.

Pursuant to the Court's instructions at the December 15, 2015 status conference, ARCP and defendants are filing a single brief to address all arguments for dismissal under both Fed. R. Civ. P. 23.1 and 12(b)(6). Pursuant to the Court's February 2, 2016 Order, answering papers are required to be filed on or before March 15, 2016 and reply papers are required to be filed on or before April 5, 2016.

Dated: New York, New York
       February 12, 2016

SAUL EWING LLP

By: *Charles O. Monk II* /s/ permission
    Charles O. Monk, II
500 East Pratt Street
Baltimore, Maryland 21202
(410) 332-8600 (Telephone)
(410) 332-8862 (Fax)

Attorneys for Nominal Defendant VEREIT Inc.

WEIL, GOTSHAL & MANGES LLP

By: /s/ Stephen A. Radin
    Stephen A. Radin
    Christopher L. Garcia
    Evert J. Christensen, Jr.
767 Fifth Avenue
New York, New York 10153
(212) 310-8000 (Telephone)
(212) 310-8007 (Fax)

Attorneys for Defendants Thomas A. Andruskevich, Bruce D. Frank, Leslie D. Michelson, Edward G. Rendell and William G. Stanley

| | |
|---|---|
| KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C. | KIRKLAND & ELLIS LLP |
| By: /s/ Reid M. Figel (w/permission) | By: /s/ Robert Khuzami (w/permission) |
| Reid M. Figel | Robert Khuzami |
| Andrew E. Goldsmith | James P. Gillespie |
| Jessica C. Collins (pro hac vice) | Jason R. Parish |
| Bradley E. Oppenheimer (pro hac vice) | Danielle R. Sassoon |
| 1615 M Street NW | 655 Fifteenth Street, N.W. |
| Washington, DC 20036 | Washington, DC 20005-5793 |
| (202) 326-7900 (Telephone) | (202) 879-5190 (Telephone) |
| (202) 326-7999 (Fax) | (202) 879-5200 (Fax) |
| Attorneys for Defendant Scott Bowman, William Kahane and Edward M. Weil, Jr. | Attorneys for Defendant David Kay |

| | |
|---|---|
| PETRILLO KLEIN & BOXER LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Guy Petrillo (w/permission) | By: /s/ Theodore V. Wells Jr. (w/permission) |
| Guy Petrillo | Theodore V. Wells, Jr. |
| Alexandra R. Clark | Daniel J. Kramer |
| Daniel Goldman | Lorin L. Reisner |
| 655 Third Avenue, 22nd floor | Audra J. Soloway |
| New York, New York 10017 | Justin D. Lerer |
| (212) 370-0330 (Telephone) | Joshua D. Kaye |
| (212) 370-0391 (Fax) | 1285 Avenue of the Americas |
| | New York, New York 10019-6064 |
| | (212) 373-3000 (Telephone) |
| | (212) 757-3990 (Fax) |
| Attorneys for Defendant Lisa Beeson | Attorneys for Defendant Nicholas S. Schorsch |

WEIL:\95606832\1\14807.0004

| STEPTOE & JOHNSON LLP | ZUCKERMAN SPAEDER LLP |
|---|---|
| By: *Michael C. Miller* w/permission | By: *Rita K. Maxwell* w/permission |
| Michael C. Miller | Dwight P. Bostwick (pro hac vice pending) |
| Michael G. Scavelli | Adam L. Fotiades (pro hac vice pending) |
| 1114 Avenue of the Americas | 1800 M Street NW, Suite 1000 |
| New York, New York 10036 | Washington, DC 20036 |
| (212) 506-3900 (Telephone) | (202) 778-1800 (Telephone) |
| (212) 506-3950 (Fax) | (202) 822-8106 (Fax) |
| | |
| Lara E. Romansic | Rita K. Maxwell |
| Molly Bruder Fox (admitted pro hac vice) | Ramya Kasturi |
| 1330 Connecticut Avenue, NW | 399 Park Avenue, 14th Floor |
| Washington, DC 20036 | New York, New York 10022 |
| (202) 429-3900 (Telephone) | (212) 704-9600 (Telephone) |
| (202) 429-3902 (Fax) | (212) 704-4256 (Fax) |
| | |
| Attorneys for Defendant Brian S. Block | Attorneys for Defendant Lisa McAlister |

WEIL:\95606832\1\14807.0004