UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE WITCHKO, Derivatively on Behalf of Nominal Defendant AMERICAN REALTY CAPITAL PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS S. SCHORSCH, et al., <br><br> Defendants, <br><br> -and- <br><br> AMERICAN REALTY CAPITAL PROPERTIES, INC., <br><br> Nominal Defendant. | Lead Case No. 1:15-cv-06043-AKH <br><br> (Consolidated with Case No. 1:15-cv-08563-AKH) |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT AND APPROVAL OF SHAREHOLDER NOTICE

TO: All Counsel of Record

**PLEASE TAKE** NOTICE that upon the Stipulation and Agreement of Settlement dated September 27, 2019, annexed as Exhibit 1 to the Declaration of Matthew M. Houston In Support Of Plaintiffs' Unopposed Motion For Preliminary Approval Of Settlement ("Houston Declaration"), the accompanying Plaintiffs' Memorandum Of Law In Support of Plaintiffs' Unopposed Motion For Preliminary Approval Of Settlement, and the Houston Declaration, Plaintiffs in the above-captioned action ("Action") will move this Court before the Honorable Alvin K. Hellerstein on October 3, 2019 at 2:30 pm in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 for entry of an

Order that will among other things: (i) preliminarily approve the proposed Settlement of this Action on the terms set forth in the Stipulation; (ii) approve the proposed forms and manner of providing notice of the Settlement to VEREIT shareholders as of September 27, 2019; and (iii) schedule a final approval hearing to determine whether the proposed Settlement should be finally approved and to consider Derivative Counsel's application for an award of attorneys' fees and reimbursement of expenses incurred in connection with the prosecution of this Action.

For the reasons set forth in Plaintiffs' Memorandum of Law, the Houston Declaration, and the Stipulation, Plaintiffs respectfully request that the Court find that the proposed Settlement merits preliminary approval. A proposed Order Preliminarily Approving Settlement granting the relief requested herein is attached as Exhibit B to Stipulation, which is Exhibit 1 to the Houston Declaration.

DATED: September 30, 2019

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue, 31st Floor
New York, NY 10019
Tel: (212) 935-7400

*Liaison Counsel for Derivative Plaintiffs*

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel: (415) 788-4220

Jeffrey M. Norton
NEWMAN FERRARA LLP
1250 Broadway, 27th Floor
New York, NY 10001
Tel: (212) 619-540

Timothy Brown
THE BROWN LAW FIRM, P.C.
240 Townsend Square
Oyster Bay, NY 11771
Tel: (516) 922-5427

Corey D. Holzer
Marshall P. Dees
HOLZER & HOLZER, LLC
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Tel: (770) 392-0090

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street, 7th Floor
New York, NY 10036
Tel: (212) 490-9550

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICE OF ALFRED G. YATES JR PC
519 Allegheny Building
300 Mt. Lebanon Blvd, Suite 206-B
Pittsburgh, PA 15219
Tel: (412) 391-5164

*Counsel for Derivative Plaintiffs*