UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE WITCHKO, Derivatively on Behalf of Nominal Defendant AMERICAN REALTY CAPITAL PROPERTIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS S. SCHORSCH, et al.,<br><br>    Defendants,<br><br>-and-<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC.,<br><br>    Nominal Defendant. | Lead Case No. 15-cv-6043-AKH<br><br>(Consolidated with Case No. 1:15-cv-08563-AKH) |

**DECLARATION OF KINGDAR PRUSSIEN IN SUPPORT OF AMERICAN REALTY CAPITAL PROPERTIES, INC.'S STATEMENT IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT AND APPROVAL OF SHAREHOLDER NOTICE**

  I, Kingdar Prussien, hereby declare as follows:

  1. I am an associate with the law firm Milbank LLP, counsel to nominal defendant American Realty Capital Properties, Inc. (n/k/a VEREIT, Inc.) ("VEREIT") in the above-captioned action. I am a member in good standing of the bar of the State of New York and of this Court.

  2. Attached to this declaration as **Exhibit A** is a true and correct copy of VEREIT's Form 8-K filed with the U.S. Securities and Exchange Commission on September 9, 2019.

- 2 -

3. Attached to this declaration as **Exhibit B** is a true and correct copy of the transcript from a September 9, 2019 conference call regarding VEREIT's agreements to settle certain outstanding litigation.

4. Attached to this declaration as **Exhibit C** is a true and correct copy of an analyst report issued by Baird U.S. Equity Research, dated September 9, 2019.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of an analyst report issued by Capital One Securities, Inc., dated September 10, 2019.

[*Remainder of page intentionally left blank.*]

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2019.

_____
Kingdar Prussien