# Exhibit D



September 10, 2019
Analysis of Sales/Earnings

| **VER / NASDAQ   $9.65** | **VEREIT Inc.** |
|---|---|

Please see important disclosures and analyst certification on pages 4 - 6 of this report.

### Real Estate - Net Lease

**Chris Lucas**
christopher.lucas@capitalone.com
(571) 633- 8151

**Sales:** 1- 800- 666- 9174
**Trading:** 1- 800- 333- 2005

#### VER Statistics

| | |
|---|---|
| Market Cap. (mil) | $9,403 |
| Avg. Daily Vol. | 9,628,382 |
| 52 Wk. Range | $9.94 - $6.88 |
| Sh. Out. (diluted,mil) | 973.4 |
| Dividend | $0.55 |
| Dividend Yield | 5.70% |
| Debt/Total Cap. | 34.5% |
| NAV Estimate | $9.85 |
| Implied Cap Rate | 6.27% |

#### VER Estimates

| FFO | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | FY |
|---|---|---|---|---|---|
| 2019 | $0.19A | $0.18A | $0.15E | $0.14E | $0.66E |
| 2020 | $0.17E | $0.17E | $0.17E | $0.17E | $0.67E |
| 2021 | $0.17E | $0.18E | $0.18E | $0.18E | $0.70E |

| Core FFO | Mar | Jun | Sep | Dec | FY |
|---|---|---|---|---|---|
| 2019 | $0.17A | $0.18A | $0.17E | $0.16E | $0.68E |
| 2020 | $0.17E | $0.17E | $0.17E | $0.17E | $0.67E |
| 2021 | $0.17E | $0.18E | $0.18E | $0.18E | $0.70E |

| AFFO | Mar | Jun | Sep | Dec | FY |
|---|---|---|---|---|---|
| 2019 | $0.18A | $0.18A | $0.17E | $0.16E | $0.69E |
| 2020 | $0.17E | $0.17E | $0.17E | $0.17E | $0.67E |
| 2021 | $0.17E | $0.17E | $0.17E | $0.17E | $0.70E |

#### VER Multiples

| | FY19E | FY20E | FY21E |
|---|---|---|---|
| P/FFO | 14.5x | 14.3x | 13.7x |
| P/Core FFO | 14.1x | 14.3x | 13.7x |
| P/AFFO | 14.1x | 14.5x | 13.9x |

VEREIT, Inc. (VER) is an internally managed REIT focused on acquiring and owning single- tenant freestanding commercial properties subject to net leases with high credit quality tenants.

Rating: **Overweight**
Target Price: **$11.00**

### VER: Litigation Settlement MOU Sets Stage for New Chapter

#### *Action*

**We are incrementally positive after VER announced a memorandum of understanding (MOU) with the plaintiffs in the class-action litigation. We expect the shares to react positively.** The cost is roughly $0.25/sh higher than we had modeled; however, the opportunity cost by not being able to access the capital markets while attractive was significant. In our view, the agreement should pave the way for VER to access the capital markets, lower embedded debt costs, and shift towards meaningful net positive acquisitions setting the stage for higher share valuation and an improved outlook for earnings and dividend growth. We expect the shares to re-rate to at least the SRC multiple of 15.3x '20 AFFOPS estimates implying a price above $10. We would argue that the shares should eventually rate to a higher multiple as the dilution from the litigation settlement is not nearly as significant as the dilution SRC faces without the SMTA subsidy. **As a result, we are maintaining our Overweight rating and raising our price target to $11.**

#### *Key Points*

- **MOU:** In our view, the cost to settle the litigation was well within a range of tolerance and only $0.25/sh higher than we had previously modeled. Total settlement cost of $765.5MM is well below the potential $3B reported by the press.
- **Impact:** In our view, the current environment has been a gift to net lease REITs, and VER's inability to access the capital markets has been a headwind. Accessing the capital markets while the opportunity presents itself is of paramount importance. In our view, the MOU positions VER to access the capital markets and improve the fixed cost structure, duration, and flexibility of the balance sheet while also positioning the company for long-term growth. VER's 3.95% coupon unsecured debt that matures in 8/2027 has a YTM of 2.96%. Therefore, we assume that VER could issue 10-year debt in the low 3% range. Specifically, we see opportunity to generate $0.025/sh - $0.03/sh interest savings with:
  - Mortgage debt totaling $618MM that matures in 2020 and 2021 at a weighted average cost of 5.5%. We don't know the defeasance costs but estimate $0.0125/sh to $0.015/sh of accretion.
  - Convertible debt totaling $402.5MM has a coupon of 3.75% and matures in 12/2020 with potential accretion of $0.0025/sh.
  - Unsecured debt totaling $400MM with a 4.125% coupon matures in 6/2021 with potential accretion of $0.004/sh.
  - Term loan totaling $900MM that matures in 2023 that is swapped to fixed at 3.84% with potential accretion of $0.007/sh.



**VER/NASDAQ $9.65**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**VEREIT Inc.**

- **Estimates:** Our '19'20/'21 AFFOPS estimates go to $0.69/$0.67/$0.70 from $0.69/$0.69/$0.71. Our model assumes the following:
  - That the $27MM settlement for the opt-out litigants is disbursed this quarter
  - That the former management contribution to the settlement requires the company to contribute the $225MM in cash. As a result, VER cancels those units, which we estimate to total ~23.8MM units. We assume $9.65 as the value for those units based upon current pricing and comments management made during the call.
  - We make no assumption about any refinancing or redemption of the 6.7% preferred shares but under current pricing could be fully redeemed with equity and be $0.01/sh dilutive annually.
  - Increase net acquisitions to -$500MM/+$350MM/+$600MM from -$400MM/$0MM/$0MM.
  - We assume several capital markets-related transactions including $400MM of equity raised in 3Q19, redemption of the $900MM term loan, and $1.5B in debt issuance in 4Q19. We assume the other debt opportunities noted above are not exercised and that leverage returns to a net debt/EBITDA range at the high 5x level.

201 St. Charles Avenue, Suite 1830, New Orleans, LA 70170 • 8020 Towers Crescent Drive, Office 554, Vienna, VA 22182

## VER: Quarterly Earnings Model
### Year end December 31
($000's, except per share)

| | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19E | 3Q19E | 4Q19E | 2019E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assumptions** | | | | | | | | | | | | | | | | |
| Acquisitions[1] | 139,164 | 41,019 | 98,604 | 221,276 | 500,063 | 80,747 | 118,727 | 100,000 | 200,000 | 499,474 | 150,000 | 200,000 | 200,000 | 200,000 | 750,000 | 1,000,000 |
| Capitalization rate on acquisitions | 6.80% | 7.20% | 7.40% | 7.00% | 7.04% | 6.80% | 7.30% | 7.00% | 7.00% | 7.04% | 6.75% | 6.75% | 6.75% | 6.75% | 6.75% | 7.00% |
| Dispositions[1] | 136,215 | 56,382 | 181,078 | 147,672 | 521,347 | 62,145 | 658,347 | 150,000 | 150,000 | 1,020,492 | 100,000 | 100,000 | 100,000 | 100,000 | 400,000 | 400,000 |
| Capitalization rate on dispositions | 5.90% | 4.83% | 6.07% | 6.83% | 6.11% | 6.52% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% |
| Development brought on-line[1] | | | | | | | | | | | | | | | | |
| Capitalization rate on development | | | | | | | | | | | | | | | | |
| Growth in existing revenue (Q/Q) | | | | | | | | 0.2% | 0.2% | | 0.1% | 0.1% | 0.1% | 0.1% | | |
| **Earnings** | | | | | | | | | | | | | | | | |
| In-place real estate revenues | | | | | | | | 312,686 | 308,173 | | 308,568 | 309,853 | 311,521 | 313,661 | | |
| Net new investment revenues | | | | | | | | (5,145) | 209 | | 1,099 | 1,482 | 1,953 | 1,953 | | |
| Rental revenues | 315,074 | 315,664 | 313,866 | 313,263 | 1,257,867 | 316,843 | 312,043 | 307,540 | 308,383 | 1,244,809 | 309,667 | 311,335 | 313,474 | 315,614 | 1,250,090 | 1,295,308 |
| Real estate expenses | (30,565) | (31,436) | (31,893) | (32,567) | (126,461) | (32,378) | (32,503) | (32,034) | (32,122) | (129,037) | (32,205) | (32,379) | (32,601) | (32,824) | (130,009) | (136,007) |
| NOI | 284,509 | 284,228 | 281,973 | 280,696 | 1,131,406 | 284,465 | 279,540 | 275,506 | 276,261 | 1,115,772 | 277,462 | 278,956 | 280,873 | 282,790 | 1,120,081 | 1,159,301 |
| PCM revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCM reallowed fees and commissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PCM taxes | | | | | 0 | | | | | 0 | | | | | 0 | 0 |
| PCM revenue, net before G&A | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Interest and other income | 6,497 | 186 | (2,088) | 5,394 | 9,989 | (1,613) | 2,011 | (489) | (489) | (580) | (489) | (489) | (489) | (489) | (1,956) | (1,956) |
| General and administrative expenses | (15,240) | (16,287) | (15,186) | (17,220) | (63,933) | (14,846) | (16,416) | (15,685) | (17,578) | (64,524) | (15,483) | (16,812) | (16,301) | (17,990) | (66,586) | (69,656) |
| Acquisition related | (777) | 0 | 0 | (1,136) | (1,913) | (985) | (985) | | | (1,970) | | | | | 0 | 0 |
| Investigation and Litigation expenses | (21,740) | (107,996) | (139,405) | (23,541) | (292,682) | 21,492 | 3,769 | (20,000) | (20,000) | (14,739) | | | | | 0 | 0 |
| Equity-based compensation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income from unconsolidated entities | | | | | | | | | | | | | | | | |
| Others | | | | | | | | | | | | | | | | |
| Recurring EBITDA | 253,249 | 160,131 | 125,294 | 244,193 | 782,867 | 288,513 | 267,919 | 239,333 | 238,194 | 1,033,959 | 261,489 | 261,655 | 264,083 | 264,311 | 1,051,539 | 1,087,689 |
| Interest expense | (70,425) | (70,320) | (69,310) | (70,832) | (280,887) | (71,254) | (69,803) | (69,130) | (76,443) | (286,629) | (72,975) | (71,572) | (70,247) | (69,744) | (284,539) | (261,795) |
| Merger and other transaction expenses | | | | | | | | | | | | | | | | |
| Impairments, net | (6,036) | (11,664) | (18,382) | (18,565) | (54,647) | (11,988) | (8,308) | | | | | | | | | |
| Gain on Sale | | | | | | | | | | | | | | | | |
| Non-real estate depreciation and amortization | 20,836 | 6,045 | 90 | (30) | 26,941 | 0 | 0 | | | | | | | | | |
| Interest on convertible obligation to preferred investors | (970) | (684) | (654) | (1,213) | (3,521) | (694) | (406) | (742) | (742) | (2,584) | (742) | (742) | (742) | (742) | (2,967) | (2,967) |
| Preferred dividends | (17,973) | (17,973) | (17,973) | (17,973) | (71,892) | (17,973) | (17,973) | (16,298) | (16,298) | (68,542) | (16,298) | (16,298) | (16,298) | (16,298) | (65,192) | (65,192) |
| Debt Extinguishment or Preferred Redemption | - | - | - | 21 | 5,270 | - | (1,472) | | | | | | | | | |
| Others | (14,436) | 5,843 | 18,451 | 18,494 | 28,352 | 2,912 | 8,011 | | | | | | | | | |
| FFO contribution from JV | 446 | 289 | 539 | 481 | 1,755 | 788 | 1,070 | 1,125 | 1,125 | 4,108 | 1,125 | 1,125 | 1,125 | 1,125 | 4,500 | 4,500 |
| Funds from operations - diluted | 168,192 | 77,243 | 38,055 | 154,576 | 438,066 | 190,304 | 179,038 | 154,288 | 145,837 | 669,467 | 172,599 | 174,168 | 177,922 | 178,652 | 703,341 | 762,234 |
| Debt Extinguishment or Preferred Redemption | - | - | (90) | (21) | | - | 1,472 | | | | | | | | | |
| Acquisition related | 777 | 0 | 810 | 1,136 | 2,723 | 985 | 985 | 0 | 0 | 1,970 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other non-recurring adjustments | 17,184 | 102,418 | 141,862 | 17,081 | 278,545 | (20,988) | (3,750) | 20,000 | 20,000 | 15,262 | 0 | 0 | 0 | 0 | 0 | 0 |
| Core Funds from operations - diluted | 186,153 | 179,661 | 180,637 | 172,772 | 719,223 | 170,301 | 177,745 | 174,288 | 165,837 | 688,171 | 172,599 | 174,168 | 177,922 | 178,652 | 703,341 | 762,234 |
| Non-cash equity compensation expense | 2,774 | 3,716 | 3,003 | 2,924 | 12,417 | 2,687 | 3,706 | 3,139 | 4,007 | 13,539 | 3,210 | 3,890 | 3,273 | 4,098 | 14,472 | 15,034 |
| TI's LC's, Lease inducements | | | | | 0 | | | | | 0 | | | | | 0 | 0 |
| Straight-line rents & over/under market rents | (9,773) | (10,714) | (7,662) | (7,396) | (35,545) | (6,681) | (7,432) | (7,689) | (7,864) | (29,665) | (7,742) | (7,783) | (7,837) | (7,890) | (31,252) | (32,383) |
| Other non-cash and one time adjustments | 4,902 | 6,131 | 2,551 | 4,211 | 17,795 | 12,096 | 3,080 | 2,149 | 2,149 | 19,474 | 2,149 | 2,149 | 2,149 | 2,149 | 8,596 | 8,596 |
| Adjusted funds from operations | 184,056 | 178,794 | 178,529 | 172,511 | 713,890 | 178,403 | 177,099 | 171,888 | 164,128 | 691,518 | 170,217 | 172,424 | 175,507 | 177,009 | 695,156 | 753,481 |
| **Per Share Data** | | | | | | | | | | | | | | | | |
| Shares-diluted | 996,773 | 992,100 | 991,924 | 992,338 | 993,284 | 993,298 | 999,778 | 1,004,478 | 1,033,978 | 1,007,883 | 1,027,278 | 1,037,378 | 1,047,478 | 1,057,578 | 1,042,428 | 1,082,928 |
| Dividends | $0.1375 | $0.1375 | $0.1375 | $0.1375 | $0.55 | $0.1375 | $0.1375 | $0.1375 | $0.1375 | $0.55 | $0.1375 | $0.1375 | $0.1375 | $0.1375 | $0.55 | $0.55 |
| Recurring EBITDA | $0.25 | $0.16 | $0.13 | $0.25 | $0.79 | $0.29 | $0.27 | $0.24 | $0.23 | $1.03 | $0.25 | $0.25 | $0.25 | $0.25 | $1.01 | $1.00 |
| Funds from operations | $0.17 | $0.08 | $0.04 | $0.16 | $0.44 | $0.19 | $0.18 | $0.15 | $0.14 | $0.66 | $0.17 | $0.17 | $0.17 | $0.17 | $0.67 | $0.70 |
| Core FFO | $0.19 | $0.18 | $0.18 | $0.17 | $0.72 | $0.17 | $0.18 | $0.17 | $0.16 | $0.68 | $0.17 | $0.17 | $0.17 | $0.17 | $0.67 | $0.70 |
| AFFO | $0.18 | $0.18 | $0.18 | $0.17 | $0.72 | $0.18 | $0.18 | $0.17 | $0.16 | $0.69 | $0.17 | $0.17 | $0.17 | $0.17 | $0.67 | $0.70 |
| **Balance Sheet Summary** | | | | | | | | | | | | | | | | |
| Gross real estate assets | 15,659,727 | 15,597,735 | 15,519,689 | 15,604,839 | 15,604,839 | 15,570,486 | 15,043,975 | 14,993,975 | 15,043,975 | 15,043,975 | 15,093,975 | 15,193,975 | 15,293,975 | 15,393,975 | 15,393,975 | 15,993,975 |
| Total assets | 14,451,789 | 14,261,607 | 14,056,880 | 13,963,493 | 13,963,493 | 14,053,624 | 13,781,884 | 13,731,884 | 13,781,884 | 13,781,884 | 13,831,884 | 13,931,884 | 14,031,884 | 14,131,884 | 14,131,884 | 14,731,884 |
| Unsecured Notes | 3,809,901 | 3,814,077 | 3,219,502 | 3,763,492 | 3,763,492 | 3,015,779 | 3,017,896 | 3,052,500 | 4,552,500 | 4,552,500 | 4,552,500 | 4,150,000 | 4,150,000 | 4,150,000 | 4,150,000 | 4,250,000 |
| Mortgage Debt | 2,078,593 | 2,031,171 | 1,936,586 | 1,922,657 | 1,922,657 | 1,918,826 | 1,745,331 | 1,722,885 | 1,684,385 | 1,684,385 | 1,684,385 | 1,583,999 | 1,480,331 | 1,418,831 | 1,418,831 | 1,066,596 |
| Bank Debt (Credit Facilities + Term Loans) | 120,000 | 195,000 | 793,000 | 401,773 | 401,773 | 1,089,725 | 895,033 | 547,946 | 79,916 | 79,916 | 15,356 | 502,697 | 589,835 | 633,820 | 633,820 | 986,145 |
| Total Debt | 6,008,494 | 6,040,248 | 5,949,088 | 6,087,922 | 6,087,922 | 6,024,330 | 5,658,260 | 5,323,331 | 6,316,801 | 6,316,801 | 6,252,241 | 6,236,696 | 6,220,166 | 6,202,651 | 6,202,651 | 6,302,741 |
| Total liabilities | 6,731,307 | 6,766,890 | 6,778,770 | 6,806,434 | 6,806,434 | 6,961,107 | 6,561,488 | 6,102,434 | 6,377,404 | 6,377,404 | 6,332,844 | 6,337,299 | 6,340,769 | 6,343,254 | 6,343,254 | 6,543,344 |
| Shareholders' equity | 7,720,482 | 7,494,717 | 7,278,110 | 7,157,059 | 7,157,059 | 7,092,517 | 7,220,396 | 7,629,450 | 7,404,480 | 7,404,480 | 7,499,040 | 7,594,585 | 7,691,115 | 7,788,630 | 7,788,630 | 8,188,540 |
| **Percentage Change** | | | | | | | | | | | | | | | | |
| Percent change in net operating income (Q/Q) | 0.1% | (0.1%) | (0.8%) | (0.5%) | | 1.3% | (1.7%) | (1.4%) | 0.3% | | 0.4% | 0.5% | 0.7% | 0.7% | | |
| Percent change in net operating income (Y/Y) | (0.8%) | 2.8% | 2.2% | (1.2%) | 0.7% | (0.0%) | (1.6%) | (2.3%) | (1.6%) | (1.4%) | (2.5%) | (0.2%) | 1.9% | 2.4% | 0.4% | 3.5% |
| Percent change in G&A expenses (Q/Q) | (16.6%) | 6.9% | (6.8%) | 13.4% | | (13.8%) | 10.6% | (4.5%) | 12.1% | | (11.9%) | 8.6% | (3.0%) | 10.4% | | |
| Percent change in G&A expenses (Y/Y) | (41.5%) | (34.8%) | (41.9%) | (5.8%) | (33.0%) | (2.6%) | 0.8% | 3.3% | 2.1% | 0.9% | 4.3% | 2.4% | 3.9% | 2.3% | 3.2% | 4.6% |
| Percent change in core FFO per shares (Y/Y) | 2.0% | 2.2% | 2.7% | 15.9% | 5.2% | (8.2%) | (1.8%) | (4.7%) | (7.9%) | (5.7%) | (2.0%) | (5.6%) | (2.1%) | 5.3% | (1.2%) | 4.3% |
| Percent change in FFO per share (Q/Q) | 25.8% | (53.9%) | (50.7%) | 306.0% | | 23.0% | (6.5%) | (14.2%) | (8.2%) | | 19.1% | (0.1%) | 1.2% | (0.5%) | | |
| Percent change in FFO per share (Y/Y) | (1.0%) | (54.7%) | (78.4%) | 16.2% | (32.6%) | 13.5% | 130.0% | 300.4% | (9.5%) | 50.6% | (12.3%) | (6.2%) | 10.6% | 19.8% | 1.6% | 4.3% |
| **Ratios** | | | | | | | | | | | | | | | | |
| Interest coverage | 3.6 | 2.3 | 1.8 | 3.4 | 2.8 | 4.0 | 3.8 | 3.5 | 3.1 | 3.6 | 3.6 | 3.7 | 3.8 | 3.8 | 3.7 | 4.2 |
| Fixed charge coverage | 2.9 | 1.8 | 1.4 | 2.7 | 2.2 | 3.2 | 3.1 | 2.8 | 2.6 | 2.9 | 2.9 | 3.0 | 3.1 | 3.1 | 3.0 | 3.3 |
| Debt to capitalization (based on market equity) | 46.6% | 46.7% | 46.1% | 45.8% | 45.8% | 41.7% | 40.1% | 36.1% | 39.4% | 39.4% | 38.7% | 38.2% | 37.6% | 37.1% | 37.1% | 35.7% |
| Annualized EBITDA to Debt Yield | 16.9% | 10.6% | 8.4% | 16.0% | 12.9% | 19.2% | 18.9% | 18.0% | 15.1% | 16.4% | 16.7% | 16.8% | 17.0% | 17.0% | 17.0% | 17.3% |
| Net debt to Annualized EBITDA | 6.1x | 9.6x | 12.1x | 6.4x | | 5.4x | 5.2x | 5.5x | 6.6x | | 5.9x | 5.9x | 5.8x | 5.8x | | |
| G&A as % of revenue | 4.8% | 5.2% | 4.8% | 5.5% | 5.1% | 4.7% | 5.3% | 5.1% | 5.7% | 5.2% | 5.0% | 5.4% | 5.2% | 5.7% | 5.3% | 5.4% |
| Recovery | 80.0% | 79.6% | 77.9% | 78.1% | | 84.5% | 83.3% | | | | | | | | | |
| NOI as a % of ABR | 97.9% | 97.8% | 97.6% | 97.5% | | 98.3% | 98.1% | | | | | | | | | |
| Operating margin (NOI/Real estate revenue) | 90.3% | 90.0% | 89.8% | 89.6% | 89.9% | 89.8% | 89.6% | 89.6% | 89.6% | 89.6% | 89.6% | 89.6% | 89.6% | 89.6% | 89.6% | 89.5% |
| Real estate yield | 7.3% | 7.3% | 7.3% | 7.2% | 7.3% | 7.3% | 7.4% | 7.3% | 7.3% | 7.4% | 7.4% | 7.3% | 7.3% | 7.3% | 7.3% | 7.2% |
| Dividend yield | 7.9% | 7.4% | 7.6% | 7.7% | 7.7% | 6.6% | 6.1% | 6.1% | 6.1% | 6.1% | 6.1% | 6.1% | 6.1% | 6.1% | 6.1% | 6.1% |
| Dividend growth (Y/Y) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| AFFO Dividend Payout Ratio | 74.5% | 76.3% | 76.4% | 79.1% | 76.5% | 76.6% | 77.6% | 80.4% | 86.6% | 80.2% | 83.0% | 82.7% | 82.1% | 82.2% | 82.5% | 79.0% |
| Core FFO multiple | 9.3x | 10.3x | 10.0x | 10.3x | 9.9x | 12.2x | 12.7x | 13.0x | 14.0x | 13.2x | 13.4x | 13.4x | 13.3x | 13.3x | 13.4x | 12.8x |
| Price as of period close | $6.96 | $7.44 | $7.26 | $7.15 | | $8.37 | $9.01 | | | | | | | | | |

Please refer to Appendix - Important Disclosures and Analyst Certification
[1] Assumes mid-period convention
[2] Does not include gains or losses from sales
Source: Company Filings and Capital One Securities
Note: Historical data is as-reported at the time -- quarters do not add to annual total, likely due to restatements related to discontinued operations and other adjustments

Author: Christopher Lucas



**VER/NASDAQ $9.65**　　　　　　　　　　　　　　　　　　　　　　　　**VEREIT Inc.**

## Disclosures:

**Target Price Justifications and Company- Specific Risks:**
**VER**
Our price target is based on our forward NAV estimate and relative multiple. Company- specific risks include: litigation surrounding accounting issues, credit or non- renewal of significant tenant exposure, and the potential that the company's size could impede its ability to maintain FFOPS and dividend growth rates if capital markets or investment sales markets do not function efficiently.

**SRC**
Our price target is based on a combination of our forward 4Q NAV estimate and relative multiple analysis. Company- specific risks include: disposition of non- core assets, improved but still high exposure to Shopko credit, and company size could impede ability to maintain historical FFOPS and dividend growth rates if capital markets or investment sales markets do not function efficiently.

**Other Disclosures:**

Capital One Securities, Inc. expects to receive, or intends to seek, compensation for investment banking services from VEREIT Inc. and Spirit Realty Capital, Inc. within the next three months.

Capital One Securities, Inc. has received compensation for investment banking services from VEREIT Inc. and Spirit Realty Capital, Inc. within the last twelve months.

Capital One Securities, Inc. has managed or co- managed a public offering of securities for VEREIT Inc. and Spirit Realty Capital, Inc. within the past twelve months.

CONA, a bank affiliate of Capital One Securities, Inc., has received compensation for products or services other than investment banking services from VEREIT Inc. in the past 12 months.

The research analyst principally responsible for preparation of this research report has received compensation that is based upon (among other factors) Capital One Securities, Inc's investment banking revenues.

According to Reg AC, I/we, as a research analyst(s) of Capital One Securities, Inc, certify that the research opinions expressed in this research comment/report accurately reflect my/our personal view(s) and that no specific payment was received for this particular research product.

Investment Ratings: Capital One Securities, Inc., uses three investment ratings: Overweight, Equalweight, and Underweight. These ratings represent a time frame of twelve months.

Overweight: The stock's total return is expected to outperform the relevant benchmark over the next 12 months.

Equalweight: The stock's total return is expected to perform in line with the relevant benchmark over the next 12 months.

Underweight: The stock's total return is expected to underperform the relevant benchmark over the next 12 months.

Relevant benchmarks: E&P: S&P Composite 1500 Oil & Gas Exploration and Production Index. Oilfield Services: Market Vectors Oil Services ETF (OIH). Midstream: Alerian MLP Index (AMZ). REITs: MSCI US REIT Index (RMZ).

### Distribution of Ratings/IB Services
### Capital One Securities, Inc.

| | | | IB Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| **BUY [OW]** | 75 | 51.02 | 20 | 26.67 |
| **HOLD [EW]** | 69 | 46.94 | 16 | 23.19 |
| **SELL [UW]** | 3 | 2.04 | 1 | 33.33 |



## VER/NASDAQ $9.65                                                                                 VEREIT Inc.





**General Disclaimers:** Our target price(s) with respect to the company(ies) covered by this report are not guarantees of future performance. They represent forward- looking statements that involve risks, uncertainties, and assumptions. Our target price(s) are based on our beliefs and estimates and on information currently available to us about the company, including statements by its management concerning their expectations regarding its future results. The actual future price of the company's stock may differ significantly from our target price(s), because many of the factors that will determine that price are beyond our ability to predict. Among those factors are future economic conditions in the country as a whole, such as interest rates, inflation, economic growth, and consumer demand. We caution you that these and other important factors could cause the actual future price of the company's stock to be very different from or worse than our target price(s). Accordingly, you should not place undue reliance on our target price(s), which are based only on our current expectations. We undertake no obligation to update any of them in light of new information or future events. Additional factors specific to the company that could affect the future price of the company's stock are identified in the "Risk Factors" section of periodic reports that are required to be filed by the company with the Securities and Exchange Commission. You should evaluate our target price(s) in light of the risk factors, among others, identified by the company in those reports.

Securities products and services are offered through Capital One Securities, Inc., a non- bank affiliate of Capital One, N.A., a wholly- owned subsidiary of Capital One Financial Corporation and a member FINRA/SIPC. The information contained herein is based on sources we consider reliable, but Capital One Securities, Inc. does not assume responsibility for the completeness or accuracy of such information. Neither the information nor any opinion expressed herein constitutes an offer, or an invitation to make an offer, to sell or buy any securities. Capital One Securities, Inc., or its individual employees and their respective affiliates may from time to time have a long or short position in the security(ies) described above, and before or after your receipt of any report, may make or recommend purchases and/or sales for their own accounts or for the accounts of other customers of the firm from time to time in the open market or otherwise. Opinions expressed are our present opinions only and are subject to change without notice. Capital One Securities, Inc., may from time to time perform investment banking services for the company(ies) mentioned herein. This overview has been prepared for general institutional client and institutional investor circulation only and is not intended to be viewed by retail investors. This overview is not to be forwarded in whole or in part. This overview does not take into account the financial circumstances, investment objectives, or risk tolerance of any particular institutional investor. Capital One Securities, Inc. recommends that institutional investors seek individual financial advice regarding the appropriateness for their particular portfolios of the securities mentioned herein.

**The products and services offered or recommended are: Not insured by the FDIC; Not bank guaranteed; Not a deposit or obligation of Capital One; May lose value.**

For UK recipients: This communication is intended to be directed only to "investment professionals" or "high net worth companies" as defined under the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. The controlled investment or controlled activity to which this communication relates is



**VER/NASDAQ $9.65**　　　　　　　　　　　　　　　　　　　　　　　　　　**VEREIT Inc.**

available only to or will be engaged in only with such persons. Persons other than "investment professionals" or "high net worth companies" should not reply or act upon the information provided within this communication.

**Additional information is available upon request by writing to the Equity Research Department; Capital One Securities, Inc.; 201 St. Charles Avenue; Suite 1830; New Orleans, LA 70170.**