UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE WITCHKO, Derivatively on Behalf of Nominal Defendant AMERICAN REALITY CAPITAL PROPERTIES, INC., <br><br> Plaintiff, <br> v. <br><br> NICHOLAS S. SCHORSCH, et al., <br><br> Defendants, <br> and <br><br> AMERICAN REALITY CAPITAL PROPERTIES, INC., <br><br> Nominal Defendant. | Lead Case No. 15-cv-6043-AKH <br><br> (Consolidated with Case No. 15-cv-8563-AKH) <br><br> **ORAL ARGUMENT REQUESTED** |

## DERIVATIVE PLAINTIFFS' MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of Plaintiffs' Motion For Final Approval Of Derivative Settlement and the Declaration of Matthew M. Houston and accompanying exhibits, Plaintiffs Joanne Witchko, Edward Froehner, and Michele Graham Turner 1995 Revocable Trust, Jeffrey Turner as Trustee (collectively, "Derivative Plaintiffs"), by and through their undersigned counsel, will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, on January 21, 2020, at 11:00 a.m., for an Order, pursuant to Federal Rule of Civil Procedure 23.1, granting final approval of the Derivative Settlement together with such other and further relief as the Court deems just and proper.

Dated: December 17, 2019

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

/s/ Matthew M. Houston

Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue, 31st Floor
New York, NY 10019
Tel: (212) 935-7400

*Liaison Counsel for Plaintiffs*

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel: (415) 788-4220

Jeffrey M. Norton
NEWMAN FERRARA LLP
1250 Broadway, 27th Floor
New York, NY 10001
Tel: (212) 619-540

Timothy Brown
Alex P. McBride
THE BROWN LAW FIRM, P.C.
240 Townsend Square
Oyster Bay, NY 11771
Tel: (516) 922-5427

Corey D. Holzer
Marshall P. Dees
HOLZER & HOLZER, LLC
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Tel: (770) 392-0090

Alfred G. Yates, Jr.
Gerald L. Rutledge
LAW OFFICE OF ALFRED G. YATES JR PC
519 Allegheny Building
300 Mt. Lebanon Blvd, Suite 206-B
Pittsburgh, PA 15219
Tel: (412) 391-5164

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street, 7th Floor
New York, NY 10036
Tel: (212) 490-9550

*Counsel for Plaintiffs*

3