UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOANNE WITCHKO, Derivatively on Behalf of
Nominal Defendant AMERICAN REALTY
CAPITAL PROPERTIES, INC.,

                Plaintiff,

  -against-

NICHOLAS S. SCHORSCH, et al.,

                Defendants,

  -and-

AMERICAN REALTY CAPITAL PROPERTIES,
INC.,

                Nominal Defendant.

------------------------------------------------------------- X

**ORDER**

15 Civ. 6043 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/20

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In Derivative Plaintiffs' Memorandum of Law in Support of Motion for Final

Approval of Derivative Settlement, Derivative Plaintiffs state, "The Company expended

approximately $180 million in 'out-of-pocket' litigation costs from fall 2014 to settlement . . . ."

ECF No. 290, at 3.

1

Derivative Plaintiffs shall prove by affidavit or declaration the underlying details supporting this proposition, along with whether such litigation costs are covered by insurance, or whether a claim against insurers is pending. The affidavit or declaration shall be filed by January 10, 2020.

SO ORDERED.

Dated:  New York, New York
January 3, 2020

_____
ALVIN K. HELLERSTEIN
United States District Judge