UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOANNE WITCHKO, Derivatively on Behalf of
Nominal Defendant AMERICAN REALTY
CAPITAL PROPERTIES, INC.,

                             Plaintiff,

     -against-

NICHOLAS S. SCHORSCH, et al.,

                             Defendants,

     -and-

AMERICAN REALTY CAPITAL PROPERTIES,
INC.,

                             Nominal Defendant.
------------------------------------------------------------- X

**ORDER**

15 Civ. 6043 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/20

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Unless Derivative Plaintiffs' counsel provides contemporaneous and detailed billing records showing services they performed in each particular aspect of the case and showing disbursements, their claim for attorneys' fees will not be recognized. *See N.Y. State Ass'n for Retarded Children, Inc. v. Carey*, 711 F.2d 1136, 1147-48 (2d Cir. 1983) ("Hereafter, any attorney . . . who applies for court-ordered compensation in this Circuit for work done after the date of this opinion must document the application with contemporaneous time records. These records should specify, for each attorney, the date, the hours expended, and the nature of the work done."); *see also Scott v. City of New York*, 626 F.3d 130, 132-34 (2d Cir. 2010).

1

This order requires such records as to each counsel seeking fee recovery. The records shall be filed, along with the materials referenced in my prior order dated January 3, 2020 (ECF No. 296) by January 10, 2020.

SO ORDERED.

Dated: New York, New York
January 3, 2020

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge