UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE WITCHKO, derivatively on behalf of VEREIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS S. SCHORSCH., *et al.*, <br><br> Defendants <br><br> and <br><br> VEREIT, INC., formerly known as AMERICAN REALTY CAPITAL PROPERTIES, INC., <br><br> Nominal Defendant. | Civil Action No.: 1:15-cv-06043-AKH |

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon my annexed declaration, and subject to the approval of the Court, Christopher L. Filburn hereby withdraws as counsel for Nicholas S. Schorsch and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. I am a partner at Paul, Weiss, Rifkind, Wharton & Garrison LLP and will continue to represent Mr. Schorsch in this proceeding.

\*       \*       \*

Dated: New York, New York
July 30, 2021

                          PAUL, WEISS, RIFKIND, WHARTON &
                          GARRISON LLP

                          By: /s/ Audra J. Soloway
                               Audra J. Soloway
                               1285 Avenue of the Americas
                               New York, New York 10019
                               212-373-3289
                               asoloway@paulweiss.com

SO ORDERED:

_____   [signature]
                                 8/3/2021

Doc#: US1:14963800v1